Daniel A. Higson, SBN 71212
Attorney at Law
5450 Telegraph Road, Suite 250-C
Ventura, CA 93003
805-258-0080 / Fax: 805-258-0081
dan@danhigsonattorney.com

Attorneys for Kimberly Andre Fouche

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>Kimberly Andre Fouche.<br><br>Debtor. | Chapter 7<br>Case #    9:22-bk-11023-RC<br><br>Adversary<br>Case #    9:23-ap-01014-RC<br><br>**Stipulation to Continue Initial Status Conference Hearing** |
| Kimberly Andre Fouche<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Education, Missouri Higher Education Loan Authority (MOHELA), and DOES 1 through 10<br><br>Defendants | |

**COMES NOW**, the Plaintiff, Kimberly Andre Fouche, and the Defendant, the United States Department of Education, the only parties to the above referenced Adversary Proceeding, and hereby jointly request the Court continue the Initial Status Conference Hearing on the above adversary matter currently set for July 12, 2023 at

1

Stipulation to Continue Initial Status Conference Hearing

10:00 AM in Courtroom 201, at 1415 State Street, Santa Barbara, CA 93101, for approximately 90-days, to a date and time convenient to the Court.

This request is made so to allow the Plaintiff to submit, and the Defendant to consider, Plaintiff's Student Loan Discharge Application based on total and permanent disability, and if necessary, to allow the Department of Justice Guidelines Attestation process to be completed.

The above is so stipulated.

Dated this 26th day of June, 2023.

*/s/ Daniel A. Higson*
Kimberly Andre Fouche, by her
Attorney, Daniel A. Higson

Dated this 27th day of June, 2023

*/s/ Elan S. Levey*
U.S. Department of Education
E. Martin Estrada, U.S. Attorney
By Elan S. Levey, Assistant
United States Attorney